# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIANO DELGADO, | NO. CV 14-3221-JLS (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| RON RACKLEY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 29, 2016

_____
JOSEPHINE L. STATON
United States District Judge